■ In the Matter of JOHN C. WRIGHT, Respondent, v JEFFREY B. IRISH, Appellant, et al., Respondent. [65 NYS3d 737]—In a proceeding pursuant to Business Corporation Law § 1104-a for judicial dissolution of a closely held corporation, where there has been an election to purchase the shares owned by the petitioner pursuant to Business Corporation Law § 1118, Jeffrey B. Irish appeals from a judgment of the Supreme Court, Dutchess County (Forman, J.), dated June 11, 2015, which, upon a decision of the same court dated November 7, 2014, made after a hearing, and upon an order of the same court dated March 24, 2015, denying his motion pursuant to CPLR 4404 (b) to set aside the decision, is in favor of the petitioner and against him in the principal sum of $3,833,558.

Ordered that the judgment is affirmed, with costs.

"The determination of a fact-finder as to the value of a business, if it is within the range of testimony presented, will not be disturbed on appeal where the valuation rests primarily on the credibility of the expert witnesses and their valuation techniques" (*Matter of USA Nutritionals*, 306 AD2d 490, 491 [2003]; *see Matter of Adelstein v Finest Food Distrib. Co., N.Y., Inc.*, 116 AD3d 850, 851 [2014]). Contrary to the contention of the appellant, the Supreme Court's determination as to the fair value of the petitioner's shares in the subject corporation is supported by the evidence (*see Matter of Adelstein v Finest Food Distrib. Co., N.Y., Inc.*, 116 AD3d at 851; *Matter of USA Nutritionals*, 306 AD2d at 491). Leventhal, J.P., Chambers, Maltese and Duffy, JJ., concur.